# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SCOTT ENVIRONMENTAL SERVICES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 2:19-cv-00026-JRG-RSP |
| NEWFIELD EXPLORATION COMPANY, ZACHARY MCCARDELL, and KEVIN PARKER, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated October 23, 2019 (Dkt. No. 64). This Report and Recommendation recommends that several motions be denied, including (1) Defendant Newfield Exploration Company's Motion to Dismiss (Dkt. No. 8); (2) Defendant Kevin Parker's Motion to Dismiss (Dkt. No. 9); and (3) Defendant Zachary McCardell's Motion to Dismiss (Dkt. No. 32).

Since no objections have been filed and because the Court agrees with the reasoning provided within the Report, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that each of the Motions listed above are hereby **DENIED**.

**So ORDERED and SIGNED this 20th day of November, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE